IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **PANCHAL ENTERPRISES, d/b/a AMERICAS BEST VALUE INN,**<br><br>     **Plaintiff,**<br><br>  vs.<br><br>**STATE FARM FIRE AND CASUALTY COMPANY,**<br><br>     **Defendant.** | **8:20CV295**<br><br>**SECOND AMENDED CASE PROGRESSION ORDER**<br>*NUNC PRO TUNC* |

  This matter comes before the Court on the Defendant's Unopposed Motion to Amend Progression Order (Filing No. 42). After review of the motion, the Court finds good cause to grant the requested extensions. Accordingly,

  **IT IS ORDERED** that the Unopposed Motion to Amend Progression Order (Filing No. 42) is granted, and the case progression order is amended as follows:

1) The deadline for defendant to identify expert witnesses and complete expert disclosures[1] for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is **April 1, 2021**.

2) The planning conference scheduled for May 7, 2021, is cancelled. The trial and pretrial conference will not be set at this time. A planning conference to discuss case progression, dispositive motions, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **June 25, 2021**, at **9:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

3) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is **July 2, 2021**.

4) The deadline for filing motions to dismiss and motions for summary judgment is **July 30, 2021**.

5) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is **July 30, 2021**.

6) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.

7) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 3rd day of March, 2021.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge