IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PANCHAL ENTERPRISES,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant. | 8:20CV295<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

This case is before the Court on the parties' October 28, 2022, Stipulation for Dismissal With Prejudice. Filing 104. The Stipulation is signed by both parties and seeks dismissal of this action with prejudice with each party to pay its own costs and attorney fees. Under District policy, such a dismissal requires an order of the Court. Accordingly,

IT IS ORDERED that the parties' October 28, 2022, Stipulation for Dismissal With Prejudice, Filing 104, is granted and pursuant to that Stipulation this action is dismissed with prejudice and with each party to pay its own costs and attorney fees. All remaining pending motions are denied as moot.

Dated this 1st day of November, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge